# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

K.A. and Angela Lankford

v. JUUL LABS, INC. et. al

*This Document Relates to:*

IN RE: JUUL LABS, INC., MARKETING SALES
PRACTICE AND PRODUCTS LIABILITY
LITIGATION   3:19-md-02913 (WHO)

Case No. 3:21-cv-5069 (WHO)

**NOTICE OF DISMISSAL**

Hon. William H. Orrick

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, by and through counsel hereby gives notice that the above-captioned action is

dismissed with prejudice, against all Defendants, to the extent that they are Defendants in this action.

This dismissal constitutes the final and full dismissal of this action:


Dated: December 17, 2025


Respectfully Submitted,

/s/Amanda D. Summerlin


Amanda D. Summerlin
**Levin, Papantonio, Rafferty,
Proctor, Buchanan, O'Brian & Barr**
316 S. Baylen St. Ste. 600
Pensacola, FL 32502
Office: 850-435-7000
asummerlin@levinlaw.com


*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2025, I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

*/s/Sylvia Jarrett*

Sylvia Jarrett, Paralegal